IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

        Plaintiff,                No. CIV S-03-1735 LKK PAN P

    vs.

J. KUHN, et al.,

        Defendants.       <u>ORDER</u>

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On March 20, 2006, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on December 29, 2003, October 28, 2005, November 18, 2005 and December 22, 2005.  All requests were denied.

      In light of those orders, IT IS HEREBY ORDERED that plaintiff's March 20, 2006 motion for appointment of counsel is denied.

DATED:  April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001
bach1735.31thr