IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

    Plaintiff,                   No. CIV S-03-1735 LKK PAN P

    vs.

S. KUHN, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The certificate portion of plaintiff's application has not been filled out by a prison official; rather, it was signed by plaintiff himself. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified application bearing a signature of an authorized officer, and a certified copy of his prison trust account statement.[1]

---

[1] The court will rule on plaintiff's July 5, 2006 motion requesting service on defendant Peddicord once plaintiff has filed a complete in forma pauperis application.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis by a Prisoner;

3. Plaintiff shall submit, within thirty days of the date of this order, a certified and completed application to proceed in forma pauperis, together with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 21, 2006.

UNITED STATES MAGISTRATE JUDGE

14
bach1735.3c.new