IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

    Plaintiff,   No. CIV S-03-1735 LKK PAN P

  vs.

S. KUHN, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of June 7, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 5, 2006 motion for an extension of time is granted; and

    2. Plaintiff's July 12, 2006, submission of documents is deemed timely.

DATED: August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
bach1735.36