IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

        Plaintiff,                       No. CIV S-03-1735 LKK EFB P

    vs.

S. KUHN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and *in forma pauperis* with a civil rights action. On October 30, 2006, plaintiff filed his sixth request for the appointment of counsel. Plaintiff's previous requests were filed on January 5, 2004, October 28, 2005, November 18, 2005, December 22, 2005 and March 20, 2006. All requests were denied. Nothing new has been established to show exceptional circumstances warranting appointment of counsel here. In light of those orders and the absence of any intervening change in circumstances, IT IS HEREBY ORDERED that plaintiff's October 30, 2006 request for appointment of counsel is denied.

DATED: November 8, 2006.

                                    /s/ Edmund F. Brennan
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE