IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

        Plaintiff,                    No. CIV S-03-1735 LKK EFB P

    vs.

S. KUHN, et al.,

        Defendants.            <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint. By court order filed June 7, 2006, the court found that plaintiff's fourth amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) and found that service was appropriate for defendants G. Griffith; M. Friend; and S. Hollingsworth. The court finds that plaintiff's fourth amended complaint also states a cognizable claim against defendant Lieutenant Peddicord and will order service on that defendant.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant Lieutenant Peddicord.

        2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,

an instruction sheet, and a copy of the amended complaint filed May 18, 2004.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

          a. The completed Notice of Submission of Documents;

          b. One completed summons;

          c. One completed USM-285 form; and

          d. One copy of the endorsed amended complaint filed May 18, 2004.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 8, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD C. BACHMAN,

      Plaintiff,                            No. CIV S-03-1735 LKK EFB P

      vs.

S. KUHN, et al.,                          <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____
                             Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff