1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD C. BACHMAN,

11          Plaintiff,                    No. CIV S-03-1735 LKK EFB P

12       vs.

13   J. KUHN, et al.,

14          Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42

17   U.S.C. § 1983.  On November 28, 2006, defendants Kuhn, Griffith, and Friend filed a motion to

18   stay discovery in light of their motion to dismiss filed November 20, 2006.  That motion is

19   granted, and plaintiff's four discovery requests filed November 20, 2006, are denied without

20   prejudice.

21        On November 20, 2006, plaintiff filed a request for name correction in the case caption,

22   as defendant J. Kuhn is misidentified as "S. Kuhn."  Good cause appearing, that request will be

23   granted.

24        Accordingly, it is ORDERED that:

25        1.  Defendants' November 28, 2006, request to stay discovery is granted.

26   /////

1      2.  Plaintiff's four discovery requests filed November 20, 2006, are denied without

2  prejudice.

3      3.  Plaintiff's November 20, 2006, request to correct the spelling of defendant J. Kuhn's

4  name in the case caption is granted.

5  Dated:  December 4, 2006.

6

7  _____
      EDMUND F. BRENNAN
      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26